**Exhibit Index**

1) 10/1/24 & 10/2/24 incorrect overpayment calculation and LF letter to Mr. Wenninger

2) LF emails by and between it and Mr. Wenninger

3) LF's 10/14/24 benefit calculation enclosure

4) LF's 12/30/24 letter to Mr. Wenninger regarding incorrect 60% benefit calculation and appeal rights

5) Corrected overpayment calculation

6) LF's 4/16/25 email that only Credit Letter would issue

7) LF's 1/28/26 Credit Letter

8) 2023 actual state and federal tax liabilities and hypothetical tax consequences

9) 2024 actual state and federal tax liabilities and hypothetical tax consequences