Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 2, 2024

Eric K. Wenninger
57328 COVINGTON DRIVE
WASHINGTON TOWNSHIP, MI 48094

RE: Long Term Disability (LTD) Benefits
Fisher & Company
Claim #: 14445347

Dear Eric:

The Lincoln National Life Insurance Company has received notification that you have been awarded Social Security Disability benefits at $2,951.00 per month effective July 1, 2023.

Due to your Social Security Disability award, your new monthly benefit will be $2,411.81.

This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period July 19, 2023 through September 18, 2024 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

**Total Overpayment Amount: $31,354.57**

The Lincoln National Life Insurance Company will work with Claimify regarding the collection of this overpayment. You will be contacted by a representative from Claimify regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Claimify - (844) 232-5580

Payment is due by October 22, 2024. Failure to remit payment by this date may result in additional collection activity up to and including a referral to an outside collection agency.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Meranda B.
Recovery Specialist
Phone No.: (800) 210-0268 Ext. 33991
Secure Fax No.: (603) 334-0401

Attachments: 14445347-RECOVERY/REPAYMENT-CORRESPONDENCE-10.01.2024

**Claim Number(s):14445347**

**New Monthly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $5,362.81 |
| Less: Other Income | | | $2,951.00 |
| | SS Primary Disability | $2,951.00 | |
| | SS Primary Disability | $0.00 | |
| | Workers' Comp | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $2,951.00 | |
| Your Adjusted Gross (Gross Benefit - Other Income) | | | $2,411.81 |
| Less: Taxes and Deductions | | | $0.00 |
| **Revised Net Benefit** | | | **$2,411.81** |

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *7/19/2023 through* | *9/18/2024* | $64,349.99 |
| Less: Should have Paid | *7/19/2023 through* | *9/18/2024* | $32,995.42 |
| Overpayment Due | | | $31,354.57 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$31,354.57** |

# Calculation Worksheet

**Claimant Name:** Eric Wenninger **Customer:** Fisher & Company

**Claim Number (s):** 14445347

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 7/19/2023 | From Date | 7/19/2023 |
| Thru Date | 9/18/2024 | Thru Date | 9/18/2024 |
| Total | $64,349.99 | Total | $32,995.42 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 31,354.57 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| NonS1 Balance: | |
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,362.81 | $ 769.92 | $ 4,592.89 | $ - | $ - | $ 4,592.89 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111828971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $65,119.91 | $769.92 | $64,349.99 | $0.00 | $0.00 | $64,349.99 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Short-Term Disability | Multiple Offsets | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,362.81 | $2,951.00 | $769.92 | $0.00 | $ 1,641.89 | $ - | $ - | $ 1,641.89 | $ 2,951.00 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111828971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $75,079.34 | $41,314.00 | $769.92 | $0.00 | $32,995.42 | $0.00 | $0.00 | $32,995.42 | $31,354.57 |

* (-) indicates an underpayment