----- Forwarded Message -----
**From:** Eric Wenninger <ewenn342@yahoo.com>
**To:** Lisa Rippett <lisa.rippett@lfg.com>
**Cc:** Meranda Bohle <meranda.bohle@lfg.com>; Jaqueline Monahan <jaqueline.monahan@lfg.com>
**Sent:** Friday, February 28, 2025 at 01:28:47 PM EST
**Subject:** Fw: 14445347 - ERIC WENNINGER paycheck calculation error

Lisa, per previous email below, if the contract/policy has been updated with the new language for calculating my paycheck, can you kindly send me the updated and complete contract and policy for my records?

Thank you,
Eric

----- Forwarded Message -----
**From:** Eric Wenninger <ewenn342@yahoo.com>
**To:** Bohle, Meranda <meranda.bohle@lfg.com>; Rippett, Lisa <lisa.rippett@lfg.com>; Monahan, Jaqueline <jaqueline.monahan@lfg.com>
**Sent:** Friday, January 31, 2025 at 06:25:44 PM EST
**Subject:** Re: 14445347 - ERIC WENNINGER paycheck calculation error

In addition to sending me the updated contract and complete policy, can you also send me the revised payment set up worksheet form (screen grab below.) As well as the updated calculation worksheet (also below). I would like to review the revised calculations before you send a check. I am going to assume whatever was underpaid will be deducted from what I owe from the SS award. Can we please keep the communication open regarding this matter until it is completely finalized?

Ty
Eric

**Initial Payment Set up Worksheet**

**DOB** [redacted]

**LTD Claim #** 14445347 **Work State:**

**Associated Claims** Type STD Type

**Benefit End date of associated claims** 7/20/2023 Email ER

**LTD Benefit begin date** 7/19/2023 **DOD** 1/20/2023 **AGE** 56

**Max Benefit date** 2/10/2033 > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No **Eligibility Intended** No

**Sources used to verify BME amount**

W2 for Y/E 2022 in Doc list indicates Box 1 Annual $91,933.96 / 12 = $7661.16 BME

**BME amount** $7,661.16 **Benefit percentage** 60.00 %

**Gross modal benefit** $4,596.70

**Benefit Begin date** 7/19/2023

**Approved thru date** 7/18/2025 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| SHTM 07/19-07/20/23<br>ER Email confirm amount paid | $769.92 |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** Jackie M **Calc next check review date**

14445347-PAYMENTS-BENEFIT CALCULATION-08.01.2023.xlsx

## Calculation Worksheet

**Claimant Name:** Eric Wenninger  **Customer:** Fisher & Company
**Claim Number (s):** 14445347

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 7/19/2023 | From Date | 7/19/2023 |
| Thru Date | 9/18/2024 | Thru Date | 9/18/2024 |
| Total | $64,349.99 | Total | $32,995.42 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 31,354.57 |
| Underpayment Amount: | $0.00 |
| NonS1 Balance: | |
| Tax Aging: | $0.00 |

*If not recovered by year end amt will be added to balance

### ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,362.81 | $ 769.92 | $ 4,592.89 | $ - | $ - | $ 4,592.89 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111826971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $65,119.91 | $769.92 | $64,349.99 | $0.00 | $0.00 | $64,349.99 |

### SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Short-Term Disability | Multiple Offsets | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,362.81 | $2,951.00 | $769.92 | $0.00 | $ 1,641.89 | $ - | $ - | $ 1,641.89 | $ 2,951.00 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 111828971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 5,362.81 | $2,951.00 | | $0.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 | $ 2,184.89 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $75,079.34 | $41,314.00 | $769.92 | $0.00 | $32,995.42 | $0.00 | $0.00 | $32,995.42 | $31,354.57 |

* (-) indicates an underpayment

On Friday, January 31, 2025 at 11:21:36 AM EST, Monahan, Jaqueline <jaqueline.monahan@lfg.com> wrote:

Hello Eric,

I want to apologize as I did not realize that your benefit was 70%, which it does show that in our system and sorry for any confusion. I have reviewed your salary and calculation with my manager and the correct calculation is as follows:

ANNUAL Salary provided by the Employer: Semi-Monthly Salary $4170.63 x 24 period = Annual $100,095.12 / 12 months = $8341.26. Then with that 70% benefit = $5838.88 less SS Offset $2951.00 = Adjusted Gross Benefit $2887.88.

The Employer salary is provided as below:




The Basic Monthly Earnings definition is a Contract update retroactive to 01/01/2023, that uses the salary in effect immediately prior to the Disability date; we will not use any amounts from the W2 (which was the prior Basic Monthly Earnings definition). And I believe that is where you obtained the $100,843.84 amount. Please let me know if you have any further questions.

Thank you,
Jackie

**Jaqueline Monahan**
Sr. Payment Specialist
GP CLM LTD, Life Waiver, Clinical
(888) 437-7611 x16489 Office
(603) 334-0401 Fax

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Thursday, January 30, 2025 3:22 PM
**To:** Bohle, Meranda <Meranda.Bohle@lfg.com>; Rippett, Lisa <Lisa.Rippett@lfg.com>; Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>

**Subject:** Re: 14445347 - ERIC WENNINGER paycheck calculation error

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jaqueline, the paycheck calculation is still **not correct** and you have not accounted for the 10% offset (applied at SS award). Your new calculation has reduced my paycheck award which is absolutely **incorrect.** Below is the spreadsheet showing the incorrect calculation and the correct calculation. I would like to understand how you derived @ $5004.75 (need to see the math).

Please let me know when you are available to walk through this.

Ty, Eric

| INCORRECT CALCULATION - What they used | CORRECT CALCULATION - What they should have used |
|---|---|
| LTD Paycheck Calculation Using Box 1 W2 Wages & Tips after deducting Benefits (Starting July 19, 2023 thru September 2024) | LTD Paycheck Calculation Using Gross Pay/Social Security Wages (Starting July 19, 2023 thru September 2024) |
| Monthly Paycheck = 60% of ($91,933.96/12) = $4,596.70 | Monthly Paycheck = 60% of ($100,843.84 /12) = $5,042.19 |
| Social Security Awarded September 2024 = $2,951 | Social Security Awarded September 2024 = $2,951 |
| 70% offset after SS award NEW monthly paycheck calculation = 70% of $91,933.96/12) = $5,362.81 | 70% offset after SS award NEW monthly paycheck calculation = 70% of $100,843.84/12) = $5,882.56 |
| NEW LTD Paycheck after deducting S.S. = $2,411.81 | NEW LTD Paycheck after deducting S.S. = $2,931.56 |
| | |

On Thursday, January 30, 2025 at 02:37:45 PM EST, Monahan, Jaqueline <jaqueline.monahan@lfg.com> wrote:

Hello Eric,

I have updated the salary on your claim – future benefits will issue at a Gross Benefit $5004.75 less SS offset $2951.00 = Adjusted Net benefit $2887.88, with your next payment issuing 02/12/25. Also, I have requested a recalculation of benefits for period 07/19/2023 thru 01/18/2025, once that is completed a check for the underpayment on your claim will be issued by our FRS Department. Please let me know if you have any future questions.

Thank you,
Jackie

**Jaqueline Monahan**
Sr. Payment Specialist
GP CLM LTD, Life Waiver, Clinical
(888) 437-7611 x16489 Office
(603) 334-0401 Fax

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Thursday, January 30, 2025 1:39 PM
**To:** Bohle, Meranda <Meranda.Bohle@lfg.com>; Rippett, Lisa <Lisa.Rippett@lfg.com>; Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Subject:** Fw: 14445347 - ERIC WENNINGER paycheck calculation error

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Re-sending as I received a bounce back from the previous email.

Jaqueline, please advise on status with correcting the paycheck error.

Ty,

Eric

----- Forwarded Message -----

**From:** Eric Wenninger <ewenn342@yahoo.com>

**To:** Bohle, Meranda <meranda.bohle@lfg.com>; Lisa Rippett <lisa.rippett@lfg.com>; jacqueline.monahan@lfg.com <jacqueline.monahan@lfg.com>

**Sent:** Wednesday, January 22, 2025 at 01:22:17 PM EST

**Subject:** Re: 14445347 - ERIC WENNINGER paycheck calculation error

Meranda, Lisa and Jaqueline, there was a meeting held a few weeks ago with the payment team and HR @ Fisher to discuss the error with calculating my LTD payment check. Can you kindly confirm what came of that meeting?

While reviewing the LTD policy on page 3, the language states "The policy provides benefits at 60% of your pre-disability **"earnings.....".** [redacted] are defined as before deductions/taxes etc. See screen grab below.

Ty,

Eric

On Friday, December 20, 2024 at 11:43:55 AM EST, Bohle, Meranda <meranda.bohle@lfg.com> wrote:

Eric,

I forwarded your email along to the PSU rep. They are still currently working on confirming your benefit amount, and I am not sure when they will have a resolution. In the meantime, did you want to repay the overpayment due in the amount of $31,354.57. Part of your overpayment is from 2024; therefore, if not repaid in 2024 your W2 will not be adjusted to reflect the portion repaid.

Thanks,

**Meranda Bohle**
Recovery Specialist II, Recalc & Recovery

GP CLAIMS

**Lincoln Financial**

Phone & Extension: 888-437-7611

Ext: 33991

LincolnFinancial.com |

---

**From:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Wednesday, December 18, 2024 10:39 AM
**To:** Bohle, Meranda <Meranda.Bohle@lfg.com>
**Subject:** Re: 14445347 - ERIC WENNINGER

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Meranda, just checking back to see what's the status on this? Doesn't seem right that it is taking this long to recalculate my check and correct the previous error.

Has this been escalated?

Eric

On Monday, December 9, 2024 at 10:42:01 AM EST, Eric Wenninger <ewenn342@yahoo.com> wrote:

Meranda, any update on this? I am getting a bit concerned that it is taking this long. Do you have an update?

Eric

On Friday, November 15, 2024 at 06:42:35 AM EST, Eric Wenninger <ewenn342@yahoo.com> wrote:

Hi Meranda, thanks for the update. Please keep me posted.

On Thursday, November 14, 2024 at 05:30:38 PM EST, Bohle, Meranda <meranda.bohle@lfg.com> wrote:

Hello,

I just wanted to reach out and touch base regarding your claim listed above. I spoke with payment services, and they are still trying to confirm with your employer the correct amount to use for your basic monthly earnings.

Thanks,

**Meranda Bohle**
Recovery Specialist II, Recalc & Recovery

GP CLAIMS

**Lincoln Financial**

LincolnFinancial.com

Phone & Extension: 888-437-7611

Ext: 33991

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**From:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Friday, October 11, 2024 6:07 PM
**To:** Rippett, Lisa <Lisa.Rippett@lfg.com>
**Subject:** Lincoln claim #14445347 account payment and other information request

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Mrs Lisa Rippett,

Can you please send me the calculations form or document used to determine my original monthly LTD payment amount? I don't recall receiving this information.

Also, can you tell me what is a "eligible survivor" and do I have anyone listed on my account? if not what do I fill out for this?

How do I get full details and explanations of the (EAP) benefits from Morneau Shepell?

Regards

Eric Wenninger

586-745-7168

claim # 14445347