Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 14, 2024

Eric K. Wenninger

RE: Long Term Disability (LTD) Benefits
Fisher & Company
Claim #: 14445347

Dear Eric:

Per your request, please see attached.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa R.
Long Term Disability Specialist
Phone No.: (800) 210-0268 Ext. 16653
Secure Fax No.: (603) 334-0401

Attachments: Survivor / Estate Information Form
14445347-PAYMENTS-BENEFIT CALCULATION-08.01.2023

# Initial Payment Set up Worksheet

**DOB**

**LTD Claim #** 14445347 — **Work State:**

**Associated Claims** ____ Type STD ____ Type ____

**Benefit End date of associated claims** 7/20/2023 Email ER

**LTD Benefit begin date** 7/19/2023 — **DOD** 1/20/2023 — **AGE** 56

**Max Benefit date** 2/10/2033 — > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No — **Eligibility intended** No

**Sources used to verify BME amount**

W2 for Y/E 2022 in Doc list indicates Box 1 Annual $91,933.96 / 12 = $7661.16 BME

**BME amount** $7,661.16 — **Benefit percentage** 60.00 %

**Gross modal benefit** $4,596.70

**Benefit Begin date** 7/19/2023

**Approved thru date** 7/18/2025 — 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| SHTM 07/19-07/20/23 | $769.92 |
| ER Email confirm amount paid | |

**Deductions entered** **Effective:** ____ **Through** ____

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** **Federal** ____ **State** ____

**Completed by:** **Jackie M** — **Calc next check review date** ____

14445347-PAYMENTS-BENEFIT CALCULATION-08.01.2023.xlsx