Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 30, 2024

Eric K. Wenninger

RE: Long Term Disability (LTD) Benefits
Fisher & Company
Claim #: 14445347

Dear Eric:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Fisher & Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following provision:

> ***Amount of Insurance:***
>
> *Applicable to Class 1:*
>
> *60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $11,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.*
>
> "***Basic Monthly Earnings***" *means the Covered Person's monthly rate of earnings as figured: (a) from the income box on your W-2 form which reflects wages, tips and other compensation received from the Sponsor for the calendar year just prior to the date Disability or Partial Disability begins; or (b) for the period of employment if no W-2 form was received. Such earnings will not include income received from car, housing or moving allowances, Employer contributions to a qualified deferred compensation plan or income received from sources other than your Employer.*

We have enclosed a copy of the W2 we received from your employer.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No

internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

proof that your disability payment was calculated and issued incorrectly.

You should also provide any additional information that you feel will support your claim.
You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.
Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa R.
Long Term Disability Specialist
Phone No.: (800) 210-0268 Ext. 16653
Secure Fax No.: (603) 334-0401

Attachments: 14445347-PAYMENTS-CORRESPONDENCE-07.25.2023