**Claim Number(s):14445347**

**New Weekly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $5,838.88 |
| Less: Other Income | | | $2,951.00 |
| | SS Primary Disability | $2,951.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $2,951.00 | |
| Your Adjusted Gross (Gross Benefit - Other Income) | | | $2,887.88 |
| Less: Taxes and Deductions | | | $0.00 |
| **Revised Net Benefit** | | | **$2,887.88** |

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *7/19/2023 through* | *1/18/2025* | $73,997.23 |
| Less: Should have Paid | *7/19/2023 through* | *1/18/2025* | $51,211.92 |
| Overpayment Due | | | $22,785.31 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$22,785.31** |

# Calculation Worksheet

**Claimant Name:** Eric Wenninger **Customer:** FISHER & COMPANY

**Claim Number (s):** 14445347

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 7/19/2023 | From Date | 7/19/2023 |
| Thru Date | 1/18/2025 | Thru Date | 1/18/2025 |
| Total | $73,997.23 | Total | $51,211.92 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 22,785.31 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| NonS1 Balance: | |
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,362.81 | $ 769.92 | $ 4,592.89 | $ - | $ - | $ 4,592.89 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 111828971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 4,596.70 | $ - | $ 4,596.70 | $ - | $ - | $ 4,596.70 |
| 14445347 | 113850137 | 0 | 9/19/2024 | 10/18/2024 | 10/14/2024 | $ 5,362.81 | $ 2,951.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 |
| 14445347 | 114103604 | 0 | 10/19/2024 | 11/18/2024 | 11/12/2024 | $ 5,362.81 | $ 2,951.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 |
| 14445347 | 114359089 | 0 | 11/19/2024 | 12/18/2024 | 12/12/2024 | $ 5,362.81 | $ 2,951.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 |
| 14445347 | 114615205 | 0 | 12/19/2024 | 1/18/2025 | 1/13/2025 | $ 5,362.81 | $ 2,951.00 | $ 2,411.81 | $ - | $ - | $ 2,411.81 |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $86,571.15 | $12,573.92 | $73,997.23 | $0.00 | $0.00 | $73,997.23 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Short-Term Disability | Multiple Offsets | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14445347 | 110374793 | 0 | 7/19/2023 | 8/18/2023 | 8/14/2023 | $ 5,838.88 | $2,951.00 | $769.92 | | $ 2,117.96 | $ - | $ - | $ 2,117.96 | $ 2,474.93 |
| 14445347 | 110612152 | 0 | 8/19/2023 | 9/18/2023 | 9/12/2023 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 110858351 | 0 | 9/19/2023 | 10/18/2023 | 10/12/2023 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 111106446 | 0 | 10/19/2023 | 11/18/2023 | 11/13/2023 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 111343781 | 0 | 11/19/2023 | 12/18/2023 | 12/12/2023 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 111597235 | 0 | 12/19/2023 | 1/18/2024 | 1/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 111828971 | 0 | 1/19/2024 | 2/18/2024 | 2/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 112065655 | 0 | 2/19/2024 | 3/18/2024 | 3/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 112319725 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 112562383 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 112813719 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 113069578 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 113319138 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 113589047 | 0 | 8/19/2024 | 9/18/2024 | 9/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ 1,708.82 |
| 14445347 | 113850137 | 0 | 9/19/2024 | 10/18/2024 | 10/14/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ (476.07) |
| 14445347 | 114103604 | 0 | 10/19/2024 | 11/18/2024 | 11/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ (476.07) |
| 14445347 | 114359089 | 0 | 11/19/2024 | 12/18/2024 | 12/12/2024 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ (476.07) |
| 14445347 | 114615205 | 0 | 12/19/2024 | 1/18/2025 | 1/13/2025 | $ 5,838.88 | $2,951.00 | | | $ 2,887.88 | $ - | $ - | $ 2,887.88 | $ (476.07) |
| | | | | | | $ - | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $105,099.84 | $53,118.00 | $769.92 | $0.00 | $51,211.92 | $0.00 | $0.00 | $51,211.92 | $22,785.31 |

* (-) indicates an underpayment