**From:**
**To:**
**Cc:**
**Subject:**
**Date:**
**Attachments:**

---

----- Forwarded Message -----
**From:** Bohle, Meranda <meranda.bohle@lfg.com>
**To:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Wednesday, April 16, 2025 at 05:37:00 PM EDT
**Subject:** RE: Amended W2 due to give back for SSD award for tax purposes

Hello,

An amended W2 will not be generated. Since your overpayment was repaid in 2025 but consisted of an overpayment for the tax years 2023 and 2024 you will receive a letter of credit for these tax years. The letter of credit will be sent out in 2026 when you receive the tax documents for 2025. I have attached the IRS publication for 2024 as reference. You may be able to claim a credit for repayment when filing your 2025 taxes; however, you will want to discuss with your accountant. If you still have additional questions, I can give you a call tomorrow.

Best Regards,

Lincoln Financial

**Meranda Bohle**
Recovery Specialist II,
Recalc & Recovery

GP CLAIMS

**Lincoln Financial**

LincolnFinancial.com

Phone & Extension:
888-437-7611

Ext: 33991

**From:** Eric Wenninger <ewenn342@yahoo.com>
**Sent:** Tuesday, April 15, 2025 6:45 PM
**To:** Bohle, Meranda <Meranda.Bohle@lfg.com>
**Subject:** Amended W2 due to give back for SSD award for tax purposes

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Meranda, could you advise how the amended w2 will be handled due to the S.S. award give back that was processed in 2025 for 2023/2024 tax year?

Can you send me an amended W2 regarding the give back funds as a result of the social security disability award? This affects my tax return for both 2023 and 2024 and I am going to need to file an amended tax return for both years since my sick pay was less than originally reported. Also, I do not understand why 3rd party sick pay is taxable and considered earned income. If you could kindly call me tomorrow so we can discuss further, I would appreciate it.

Ty

Eric.

On Monday, February 17, 2025 at 05:13:13 PM EST, Eric Wenninger <ewenn342@yahoo.com> wrote:

Hello Meranda B.,

Please find attached the completed EFT approval form authorizing the one-time payment transaction. Please confirm receipt and that you have processed this one time authorization for the $22,785.31 overpayment.

Thank you

Eric Wenninger

Yahoo Mail: Search. Organize. Conquer

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail

in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**