Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

www.LincolnFinancial.com

January 28, 2026

ERIC WENNINGER
57328 COVINGTON DRIVE
WASHINGTON TOWNSHIP, MI 48094

Claim #: 14445347

**RE: NOTIFICATION OF REPAYMENT/REFUND DATA FOR INCOME TAX PURPOSES**

You received overpayments of disability benefits under your employer's group disability plan. We determined that you were not entitled to certain of those benefits and you returned part or all of the overpayment to us in 2025. The *taxable* amounts of the overpayment you returned to us in 2025, which is applicable to payments you had received prior to 2025, are shown on the reverse page.

If you included the overpayment of disability benefits received on your prior years' federal income tax returns, you may be able to take a credit or deduction in the tax year of repayment for the repaid amounts. Please consult with your tax advisor or refer to IRS Publication 525 "Repayments" before taking any action.

For more information, please reference page 37 of IRS Publication 525, which is available by calling the IRS Forms Distribution Center at 1-800-829-3676 or on the IRS website at http://www.irs.gov/pub/irs-pdf/p525.pdf.

Please note that state and local tax laws sometimes differ from federal tax laws. Again, we encourage you to consult with your tax advisor regarding which method, mentioned above, is appropriate for your case and to ensure your 2025 federal, state and local tax returns are properly prepared.

If you have any questions about the amounts shown in this notification, contact the case manager or recovery specialist at the office managing your disability benefits or repayment.

REPAYMENTS/REFUNDS FOR TAXABLE BENEFITS PAID PRIOR TO 2025:

| Tax Year | Amount |
|---|---|
| 2023 | $9,310.21 |
| 2024 | $13,951.17 |

TOTAL REPAYMENTS/REFUNDS CREDITS: $23,261.38