# File by Mail Instructions for your 2023 Federal Tax Return

**Important: Your taxes are not finished until all required steps are completed.**

INTUIT turbotax

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)

Eric K Wenninger
57328 Covington Dr
Washington Twp., MI 48094

| | |
|---|---|
| **Balance Due/ Refund** | Your federal tax return (Form 1040) shows you owe a balance due of $1,675.00.<br><br>You are paying by check. |
| **What You Need to Mail** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Your payment - Mail a check or money order for $1,675.00, payable to "United States Treasury". Write your Social Security number and "2023 Form 1040" on the check. Mail the return and check together.<br><br>Attach the first copy or Copy B of Forms W-2 and 1099-R to the front of your Form 1040.<br><br>Mail your return, attachments and payment to:<br>Internal Revenue Service<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501<br><br>Deadline: Postmarked by Monday, April 15, 2024<br><br>Note: Your state return may be due on a different date. Please review your state filing instructions.<br><br>Don't forget correct postage on the envelope. |
| **What You Need to Keep** | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select Print Center, then print a copy or save as PDF for your records. |

**2023 Federal Tax Return Summary**

| | | |
|---|---|---|
| Adjusted Gross Income | $ | 74,786.00 |
| Taxable Income | $ | 60,936.00 |
| Total Tax | $ | 8,711.00 |
| Total Payments/Credits | $ | 7,076.00 |
| Payment Due | $ | 1,635.00 |
| Penalty/Interest | $ | 40.00 |
| Balance Due With Penalty/Interest | $ | 1,675.00 – PAID |
| Effective Tax Rate | | 11.65% |

# File by Mail Instructions for your 2023 Michigan Tax Return

**Important: Your taxes are not finished until all required steps are completed.**

INTUIT turbotax

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)

Eric K Wenninger
57328 Covington Dr
Washington Twp., MI 48094

| | |
|---|---|
| **Balance Due/ Refund** | Your Michigan state tax return (Form MI-1040) shows you owe a balance due of $708.00.<br><br>You are paying by check. |
| **What You Need to Mail** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Your payment - Mail a check or money order for $708.00, payable to "State of Michigan". Write the last four digits of your social security number and "2023 income tax" on the check. Mail the return and check together.<br><br>Be sure to file the original printed return. Photocopies are not acceptable for filing.<br><br>Mail your return, attachments and payment to:<br>Michigan Department of Treasury<br>Lansing, MI 48929<br><br>Deadline: Postmarked by April 15, 2024<br><br>Don't forget correct postage on the envelope. |
| **What You Need to Keep** | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select Print Center, then print a copy or save as PDF for your records. |
| **2023 Michigan Tax Return Summary** | Taxable Income $ 66,286.00<br>Total Tax $ 2,685.00<br>Total Payments/Credits $ 1,977.00<br>Payment Due $ 708.00 – PAID |
| **Estimated Payments to Make for Next Year's Return** | Michigan Estimated Payment Vouchers for 2024 - Do not mail the following vouchers (Form MI-1040ES) with your 2023 income tax return. These vouchers are used to prepay your 2024 income taxes that will be filed next year. |

Case 2:26-cv-11370-BRM-KGA ECF No. 1-9, PageID.106 Filed 04/27/26 Page 3 of 3


# Tax Summary for 2023

Eric, here's a look at your numbers for the year.

| Federal | 2023 |
|---|---|
| Your Federal Refund | $411 |

| State | |
|---|---|
| Your Michigan Balance Due | $330 |

Next, we'll ask you to correct any entries that need your attention.

Back Continue