# File by Mail Instructions for your 2024 Federal Tax Return

**Important: Your taxes are not finished until all required steps are completed.**

INTUIT turbotax

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)

Eric Wenninger
57328 Covington Drive
Washington Township, MI 48094

| | |
|---|---|
| **Balance Due/ Refund** | Your federal tax return (Form 1040) shows you owe a balance due of $9,826.00.<br><br>Note: If you file your tax return after April 15, 2025, late payment penalties and interest may apply. If any late payment penalties and interest are due, the Internal Revenue Service will send you a bill. |
| **What You Need to Mail** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Your payment - Mail a check or money order for $9,826.00, payable to "United States Treasury". Write your Social Security number and "2024 Form 1040" on the check. Mail the return and check together.<br><br>Attach the first copy or Copy B of Form(s) W-2 to the front of your Form 1040.<br><br>Mail your return, attachments and payment to:<br>Internal Revenue Service<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501<br><br>Deadline: Postmarked by Tuesday, April 15, 2025<br><br>Note: Your state return may be due on a different date. Please review your state filing instructions.<br><br>Don't forget correct postage on the envelope. |
| **What You Need to Keep** | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select Print Center, then print a copy or save as PDF for your records. |

**2024 Federal Tax Return Summary**

| | | |
|---|---|---|
| Adjusted Gross Income | $ | 87,327.00 |
| Taxable Income | $ | 72,727.00 |
| Total Tax | $ | 11,053.00 |
| Total Payments/Credits | $ | 1,227.00 |
| Payment Due | $ | 9,826.00 — Paid |
| Effective Tax Rate | | 12.66% |

ERIC MI RETURN

## File by Mail Instructions for your 2024 Michigan Tax Return

**Important: Your taxes are not finished until all required steps are completed.**

INTUIT turbotax

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)

Eric Wenninger
57328 Covington Drive
Washington Township, MI 48094

MAILED 04-15-2025

| | |
|---|---|
| **Balance Due/ Refund** | Your Michigan state tax return (Form MI-1040) shows you owe a balance due of $1,157.00.<br><br>You are paying by check. |
| **What You Need to Mail** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Your payment - Mail a check or money order for $1,157.00, payable to "State of Michigan". Write the last four digits of your social security number and "2024 income tax" on the check. Mail the return and check together.<br><br>Be sure to file the original printed return. Photocopies are not acceptable for filing.<br><br>Mail your return, attachments and payment to:<br>Michigan Department of Treasury<br>Lansing, MI 48929<br><br>Deadline: Postmarked by April 15, 2025<br><br>Don't forget correct postage on the envelope. |
| **What You Need to Keep** | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select Print Center, then print a copy or save as PDF for your records. |
| ***2024 Michigan Tax Return Summary*** | Taxable Income $ 39,706.00<br>Total Tax $ 1,688.00<br>Total Payments/Credits $ 531.00<br>*Payment Due* $ 1,157.00 = Paid |
| **Estimated Payments to Make for Next Year's Return** | Michigan Estimated Payment Vouchers for 2025 - Do not mail the following vouchers (Form MI-1040ES) with your 2024 income tax return. These vouchers are used to prepay your 2025 income taxes that will be filed next year. |

CHK#1390

TurboTax Deluxe 2024 - 2024 Eric Form 1040 Individual Tax Return.tax2024

File Edit View Tools Online Help

INTUIT turbotax Deluxe

| Federal Tax Due | MI Tax Due |
|---|---|
| $ 4,172 | $ 564 |

PERSONAL INFO FEDERAL TAXES STATE TAXES REVIEW FILE

Analysis Audit Protection Summary

## Tax Summary for 2024

Eric, here's a look at your numbers for the year.

| Federal | 2024 |
|---|---|
| **Your Federal Balance Due** | **$4,172** |

| State | |
|---|---|
| **Your Michigan Balance Due** | **$564** |

Next, we'll ask you to correct any entries that need your attention.

Back Continue