IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ERIC WENNINGER**

Plaintiff,

v.

Hon. Brandy R. McMillion
Mag Judge: Kimberly G. Altman
Case No.: 26-11370

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
an Indiana corporation,

Defendant.
_____________________________________/

**WAIVER OF SERVICE OF SUMMONS**

Plaintiff, ERIC WENNINGER, through his attorneys, ILANA S. WILENKIN and FELDHEIM & WILENKIN, P.C., and pursuant to Fed Rules of Civ Proc R 4(d), serves Defendant, The Lincoln National Life Insurance Company, with this Waiver of Service of Summons:

**TO: ILANA S. WILENKIN, ESQ.**

I acknowledge receipt of your request that I waive service of a summons in the above-captioned cause, docket number 26-11370. I have also received a copy of the Complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that The Lincoln National Life Insurance Company be served with judicial process in the manner provided by Rule 4.

The Lincoln National Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in service of the summons.

I understand that a judgment may be entered against The Lincoln National Life Insurance Company if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2026.

May 11, 2026
DATE

Iwana Rademaekers
PRINTED/TYPED NAME

(as Counsel for Defendant )

(of The Lincoln National Life Insurance Company )

SIGNATURE

Iwana Rademaekers (TX Bar #16452560)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
Attorney for Defendant
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Admitted to the Eastern District of Michigan

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and *may* later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment *may* be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.