**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ERIC WENNINGER**

Plaintiff,

v.

Case No. 26-11370
Hon. Brandy R. McMillion

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
an Indiana corporation,

Defendant.

_______________________________________________/

**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DATES BY 90 DAYS**

The Parties are scheduled to facilitate this case with James Rashid on 11/17/26 and stipulate to extending the Court's 7/23/26 Scheduling Order dates as follows:

| ORIGINAL DATES: | REVISED DATES: |
|---|---|
| 9/1/26 (file and serve Administrative Record) | 11/30/26 |
| 12/4/26 (Rule 52 cross motions for judgment on the administrative record) | 3/4/27 |
| 12/15/26 (responses) | 3/18/27 |

**IT IS SO ORDERED.**

Dated: July 24, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
U.S. DISTRICT JUDGE

Approved as to form and substance:

s/ Ilana S. Wilenkin (P61710)
Plaintiff's attorney
3000 Northwestern Hwy.,
Ste. 108
Farmington Hills, MI 48334
(248) 932-3505, ext. 323
ilana@lawsmf.com

s/ Iwana Rademaekers
Defendant's attorney
14785 Preston Road, Suite 550
Dallas, TX 75254
(214) 579-9319
iwana@rademaekerslaw.com

Dated: July 24, 2026